UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 4:25-cr-8-TRM-MJD-1 |
| v. | ) |
| | ) |
| COURTNEY DINGLER | ) |
| | ) |

<u>REPORT AND RECOMMENDATION</u>

On May 28, 2025, this Court conducted a plea hearing pursuant to 28 U.S.C. § 636(b). At the hearing, Defendant waived her right to prosecution by indictment, consented to proceeding on an Information rather than indictment, and entered a plea of guilty to the one count Information pursuant to a written plea agreement. On the basis of the record made at the hearing, this Court finds that Defendant made the plea knowingly and with full understanding of her voluntary waiver of indictment and consent to proceed before the Magistrate Judge. On the basis of the record made at the hearing, this Court also finds: (1) Defendant is capable and competent to enter an informed plea; (2) Defendant made the plea knowingly and with full understanding of each of the rights she waived; (3) Defendant made the plea voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; (4) Defendant understands the nature of the charge and penalties provided by law; and (5) the plea has a sufficient basis in fact.

Therefore, this Courts **RECOMMENDS** Defendant's plea of guilty to the one count Information be accepted, the District Court adjudicate Defendant guilty of the charges set forth in the one count Information, and a decision on whether to accept the plea agreement be deferred until sentencing. This Court further **RECOMMENDS** Defendant remain in custody until

sentencing in this matter. Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

ENTER:

s/ _____
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE

NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. Failure to file objections within fourteen days constitutes a waiver of any further right to challenge the plea of guilty in this matter. See 28 U.S.C. § 636(b).