UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 4:25-cr-8-1 |
| v. | ) |
| | ) Judge Travis R. McDonough |
| | ) |
| COURTNEY RENEE DINGLER | ) Magistrate Judge Mike Dumitru |
| | ) |

**ORDER**

Magistrate Judge Mike Dumitru filed a report and recommendation recommending that the Court: (1) accept Defendant's plea of guilty to the one count Information; (2) adjudicate the Defendant guilty of the charges set forth in the one count Information; (3) defer a decision on whether to accept the plea agreement (Doc. 4) until sentencing; and (4) order that Defendant will remain in custody until sentencing in this matter (Doc. 11). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 11) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to the one count Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of the charges set forth in the one count Information;

3. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

4. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **September 12, 2025, at 9:00 a.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**